UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DEREK FRAZIER ) | CRIMINAL NO. 03CR10368RCL <br> VIOLATIONS: <br> 18 U.S.C. §922(g)(1) <br> Previously Convicted Felon in Possession of Firearm and Ammunition <br><br> 18 U.S.C. §922(g)(9) <br> Domestic Violence Misdemeanant in Possession of Firearm and Ammunition |

INDICTMENT

COUNT ONE:   (18 U.S.C. §922(g)(1) - Previously Convicted Felon in Possession of Firearm and Ammunition)

The Grand Jury charges that:

On or about October 3, 2003, at Randolph, in the District of Massachusetts,

**DEREK FRAZIER,**

defendant herein, did, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possess in and affecting commerce a firearm, to wit: a .40 caliber Glock semi-automatic pistol, with an obliterated serial number, and 5 rounds of .40 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>:       (18 U.S.C. §922(g)(9) - Domestic Violence Misdemeanant in Possession of Firearm and Ammunition)

The Grand Jury further charges that:

On or about October 3, 2003, at Randolph, in the District of Massachusetts,

**DEREK FRAZIER**,

defendant herein, did, having been convicted in a court of a misdemeanor crime of domestic violence, knowingly possess in or affecting commerce a firearm, to wit: a .40 caliber Glock semi-automatic pistol, with an obliterated serial number, and 5 rounds of .40 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(9).

A TRUE BILL

*Edward Murphy* 12/3/03
FOREPERSON OF GRAND JURY

Seth P. Berman
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, December 3, 2003.

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk   2:41 pm