UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2003-CR-10368-RCL

UNITED STATES OF AMERICA

V.

DEREK FRAZIER

### ORDER ON DETENTION

December 23, 2003

ALEXANDER, M.J.

The defendant, Derek Frazier, appeared before this Court on December 23, 2003 for arraignment and a detention hearing pursuant to an indictment charging him with violation of 18 U.S.C. §§ 922(g)(1)(unlawful possession of firearms and/or ammunition by a felon) and 922(g)(9)(domestic violence misdemeanant in possession of a firearm and/or ammunition). At the hearing, the government was represented by Assistant United States Attorney Seth P. Berman and Mr. Frazier was represented by Attorney James Boudreau. In that the defendant is currently incarcerated in the custody of Commonwealth authorities, the detention hearing in this matter is postponed until a later time, if and when it becomes necessary, pursuant to United States v. King, 818 F.2d 112, 114 (1st Cir. 1987). A detainer shall issue.

SO ORDERED.

United States Magistrate Judge