UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) Case No. 03-cr-10368-RCL
)
)
DEREK FRAZIER )
)

## JOINT MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, and the defendant, by and through his attorney, James Budreau, Esq., jointly move, pursuant to 18 U.S.C. §3161(h)(8)(A), to exclude the period of time commencing on February 10, 2004, and ending on March 23, 2004. As grounds therefor, the parties state that the defendant and his counsel need additional time to research the facts of the case and to consult about it.

WHEREFORE, both parties respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

DEREK FRAZIER
By His Attorney

_____
JAMES BUDREAU, Esq.

MICHAEL J. SULLIVAN
United States Attorney
By:

_____
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

February 10, 2004