UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

            CRIMINAL CASE
V.             NO. 03-10368 RCL

DEREK FRAZIER
    Defendant

NOTICE
OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    PLEASE TAKE NOTICE that the above-entitled case previously set at 10:00 a.m. on March 23, 2004, has been re-set for a **interim status conference** at **10:00 a.m., Monday, March 22, 2004,** before Magistrate Judge Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

    Please note that the defendants need not be present.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

March 17, 2004         /S/ Rex Brown
Date         Courtroom Clerk
        (617) 748-9238

Notice to:     James H. Budreau, Esq.
            *via electronic filing*
            Seth P. Berman, Esq.
            *via electronic filing*