UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 03-10368 RCL

DEREK FRAZIER
        Defendant

REPORT & ORDER ON
INITIAL & INTERIM STATUS CONFERENCE

ALEXANDER, U.S.M.J.

       On March 22, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. There is no anticipated supplemental discovery;

4. There si no discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: December 23, 2003, through January 19, 2004 (28 days) and February 10, 2004, through March 23, 2004 (43 days), for a total of seventy-one (71) days as of March 23, 2004. The time periods January 20, 2004, through February 10, 2004 (21 days) and March 23, 2004, through May 5, 2004 (44 days) have not yet been excluded by written motion;

6. Trial is anticipated at this time. The estimated duration of a trial is three (3) days;

7. Other matters: The government shall file a joint motion for any applicable periods of excludable delay prior to appearance for the final status conference.

      IT IS HEREBY ORDERED THAT

    A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. The defendant shall file any dispositive motions on or before April 16, 2004, with the government's response due on or before April 30, 2004. A **Final Status Conference** is scheduled at **3:00 p.m.** on **May 5, 2004,** in Courtroom 24, 7th floor.

    **Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

                                HONORABLE JOYCE LONDON ALEXANDER
                                U.S. MAGISTRATE JUDGE

                                By the Court:

April 19, 2004                    /S/ Rex Brown
Date                             Courtroom Clerk
                                (617) 748-9238