UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL NO. CR04-101368 RCL

DEREK FRAZIER

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from: **1/20/04** until **2/10/04** for the reason checked below.

5/10/04                                          /S/ Joyce London Alexander
Date                                             U.S. Magistrate Judge

REFER TO DOCUMENT(S) (# 5 ) EX PARTE MOTION for Authorization for Investigator Funds

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal    18 U.S.C.§3161(h)(1)(E) | |
| [X] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement   18 U.S.C.§3161(h)(1)(J) | |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [ ] | XT | Continuance granted in the interest of justice    18 U.S.C.§3161(h)(8) | |

(03CR10368 O-EX DLY.wpd - 01/93)    [koexcl.]