AO 442 (Rev. 5/93) Warrant for Arrest

7/30/04

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

DEREK FRAZIER

**WARRANT FOR ARREST**

CASE NUMBER: 03CR10368 RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DEREK FRAZIER
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Possession of a firearm by a previously convicted felon and
Possession of a firearm by a previously convicted domestic violence misdemeanant

in violation of Title  18  United States Code, Section(s)  922(g)(1), 922(g)(9)

Sheila Diskes
Name of Issuing Officer

Operations Supervisor
Title of Issuing Officer

Shiela Diskes
Signature of Issuing Officer

12/3/03   Boston, MA
Date and Location

Bail fixed at $ _____   by _____
                                     Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  1/21/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:                                                WEIGHT:

SEX:                                                   RACE:

HAIR:                                                  EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: