UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | CRIMINAL NO. 03CR 10368 RCL<br>VIOLATIONS:<br>18 U.S.C. §922(g)(1) |
| V. | ) ) ) ) | Previously Convicted Felon in<br>Possession of Firearm and<br>Ammunition |
| DEREK FRAZIER | ) ) ) ) | 18 U.S.C. §922(g)(9)<br>Domestic Violence Misdemeanant in<br>Possession of Firearm and Ammunition |

SUPERCEDING INDICTMENT

**COUNT ONE:** (18 U.S.C. §922(g)(1) – Previously Convicted Felon in Possession of Firearm and Ammunition)

The Grand Jury charges that:

On or about October 3, 2003, at Randolph, in the District of Massachusetts,

DEREK FRAZIER,

defendant herein, did, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, to wit: a .40 caliber Glock semi-automatic pistol with an obliterated serial number, and 5 rounds of .40 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO:** (18 U.S.C. §922(g)(9) Domestic Violence Misdemeanant in Possession of Firearm and Ammunition)

The Grand Jury further charges that:

On or about October 3, 2003, at Randolph, in the District of Massachusetts,

DEREK FRAZIER,

defendant herein, did, having been convicted in a court of a misdemeanor crime of domestic violence, knowingly possessed in and affecting commerce a firearm, to wit: a .40 caliber Glock semi-automatic pistol with an obliterated serial number, and 5 rounds of .40 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## **NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

    1.    The defendant used and possessed the firearm and ammunition charged in Counts One and Two of this Indictment in connection with another felony offense, to wit, Assault with a Dangerous Weapon in violation of M.G.L. Chapter 265 § 15B(b). Accordingly, U.S.S.G. § 2K2.1(g) applies to this case.

A TRUE BILL

                                                         _____
                                                              FOREPERSON OF GRAND JURY


_____
Seth P. Berman
Assistant U.S. Attorney




DISTRICT OF MASSACHUSETTS, Boston, August 4 2004.


Returned into the District Court by the Grand Jurors and filed.

                                                         _____
                                                              Deputy Clerk