UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                                                    CRIMINAL CASE
V.                                                                                 NO. 03-10368 RCL

DEREK FRAZIER
        Defendant

## NOTICE OF ARRAIGNMENT

ALEXANDER, U.S.M.J.

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **arraignment on superceding indictment** at **10:30 a.m.** on **Tuesday, August 17, 2004,** before Magistrate Judge Joyce London Alexander in Courtroom #24 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

    Please note that the defendant must appear with counsel.

                                              HONORABLE JOYCE LONDON ALEXANDER
                                              U.S. MAGISTRATE JUDGE

                                              By the Court:

August 16, 2004                           /S/ Rex Brown
Date                                        Courtroom Clerk
                                          (617) 748-9238

Notice to:     James H. Budreau, Esq.
                  *Via electronic filing*
                  AUSA Seth Berman, Esq.
                  *Via electronic filing*

Enclosures:    Indictment