UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Richard Burke, Supervisor
Records Department
Worcester County House of Corrections
5 Paul X. Tivnan Drive
West Boylston, MA 021583

YOU ARE COMMANDED to have the body of **DEREK FRAZIER** (D.O.B.:\*\*/\*\*/72; SS#:\*\*\*-\*\*-4174) now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Courtroom No. **24**, on the **7th** floor, Boston, Massachusetts on **August 17, 2004,** at **10:30 A.M.** for the purpose of an **arraignment** on a superseding indictment in the case of UNITED STATES OF AMERICA v. DEREK FRAZIER, et al. CR Number 03-10368 RCL. And you are to retain the body of said **DEREK FRAZIER** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **DEREK FRAZIER** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 16th day of August, 2004.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

/S/ Rex Brown
Courtroom Clerk