UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

To the Marshal of the District of Massachusetts, or any of his deputies, and to:

**Superintendent, Worcester County House of Correction**

YOU ARE COMMANDED to have the body of **Derek Frazier** now in your custody, before the United States Courthouse, One Courthouse Way, Boston, MA Courtroom No. **11**, on **August 19, 2004** at **3:00PM**, for the purpose of **a change of plea hearing**
in the case of **United States v. Derek Frazier**
No. **03-10368-RCL**

And you are to retain the body of said **Derek Frazier** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return the said **Derek Frazier** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 18th day of August, 2004.

Tony Anastas

Clerk,

By: /s/ Lisa M. Hourihan