```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
     v.                     )    Cr. No. 03-10368-RCL
                            )
DEREK FRAZIER               )
```

### SENTENCING ADDENDUM

Now Comes defendant, Derek Frazier, who hereby files the following letters in support of his position on sentencing in the above referenced case.

                                              **Respectfully submitted,**
                                              **BY HIS ATTORNEY,**

                                              **/S/JAMES BUDREAU**
                                              **JAMES H. BUDREAU, BAR#553391**
                                              **20 Park Plaza, Suite 905**
                                              **Boston, MA 02116**
                                              **(617) 227-3700**