12/4/4

To whom it may concern:

I am writing this letter in regards to my brother Derek Frazier. I am Derek's sister, Renae Bryant-Reed. I am second to the oldest sister, so you could say I help raised Derek. He was raised by all woman, you could say he was spoiled. To say that my brother is dangerous is not true at all. Some times in life make discussions that are not the best for us, or we meet the wrong people in our lives that are not good for us, and that leads us down the wrong path. And I can tell you that is what truly has happened to my brother. Derek is a loving person, and is not a threat to anyone, he comes across, and know that he has a criminal record, he is labeled as criminal which is not true. I truly love and miss my brother. If there is anything that can do please call me at anytime.

Renae Bryant-Reed

HOME 781-986-8508
WORK 617-365-5988
CELL 617-312-1792