To whom it may concern

My uncle Derek is a big part of my life. If ever I needed advice on a problem in my life he was always there to help me. Whenever I needed a hug to cheer me up he was there with open arms.

I miss my uncle alot it's hard not having him around on the holidays. I would like to have someone to call on whenever I need to talk. Without my uncle here I have no one to listen to me. I wish my uncle was here to give me advice again.

Sincerely,
Kristine Frazier