To whom it may concern

    I am writing this letter to express my feeling about my uncle Derek Frazier.

    My uncle is a loving person, All the times that he was in my life I always felt that I could talk to him about anything, because he is always supportive of my goals and dreams.

    He is like a huge teddy bear, I miss being able to go to him when I have a problem. Throughout the 21 years of my life he has always been there for my in my time of need, if not physically the emotionally. & I really miss him alot. He play a huge role in my life & I miss not having him here with my family.

Sincerely,
Tyianne Frazier