Michael Means
725 Tremont Street
Boston, Ma 02118

December 12, 2004

To whom it may Concern:

My Name is Michael Means and I am writing this letter on behalf of Derek Frazier.
This is to inform that Derek Frazier is a member of Timothy Baptist Church. From the time I met Derek 2 Years ago he has been an asset not only to me but also to the young men of this church. His leadership is missed and I find that he has been a positive role model here at Timothy. If you have any other questions please feel free to call me at (617) 794-2650.

In the Master Service,

Bro. Michael Means