December 6, 2004

To Whom It May Concern:

It is my pleasure to write this letter in support of Derek Frazier. Mr. Fra[zier] has been a positive influence in my children lives. He has provided cou[nsel] to my oldest son, David (24 yr. old); he has been a mentor and babysitte[r to] my youngest son, Joseph (12 yrs old); and a great and gentle uncle to my daughter, Briana (4 years old).

I wholeheartedly support him and have no reservation about writing this letter. Mr. Frazier has the ability to communicate and interact with youn[g] people that most people have to go to college to accomplish. I have witnessed his behavior with family, friends and neighbors and truly feel [he is] not a danger in any manner. I trust him under any circumstance with my children. We absolutely love him and wish his speedy return.

May God bless you in your evaluation of Mr. Derek Frazier.

Sincerely,

*Michelle Carter*
Michelle Carter