To Whom It May Concern!

I'm writing this letter to let you no a little something about my son Derek Frazier.

Derek is my youngest child, my only son, he has four sisters, nine nieces and nephews and he love them very much and they the same.

Derek is a very understanding young man and if he can do anything to help you he will. In life everyone gets angry, but I never seen Derek violent to anyone, he's a very loving guy, and with kids he's a treat, he loves kids and they love him, kids love to follow Derek, he's good with them.

Derek is a people person, he love people he want harm anyone Derek is known by everyone, he should be a teacher, kids love him, he's very good with them, I love him he's my son and I miss him, it Christmas time and he should be with his family