This is a very loving family and we love each other. Derek sister's love him, he also me that God loves him to. If there's any thing else you need to no please fill free to call me Ms. Frazier
781-986-5829 Home.
781-405-6305 Cell