8-14-06

HONORABLE JUDGE REGNINALD C. LINDSAY

I'm the defendent in the case U.S. V. Frazier Docket number 1:03CR10368-001 I'm presently being held in the federal penitentiary in Allenwood P.A. I'm writing because I havent received a copy of my sentencing transcript which I need a copy to review for my appel along with there a problem with the computation of my sentence with the B.O.P The government deemed me indigent and I can not afford to pay for a copy of the transcript I'm asking if the court could provide me with a copy. And mail it to Allenwood penitentiary P.O. Box 3000 White Deer, P.A. 17887



Thank you